# United States District Court

for the

## Eastern District of Missouri

United States of America

v.

LARRY MOORE

Case No: 4:02CR181

USM No: 27879-044

Date of Previous Judgment: 10/17/02

(Use Date of Last Amended Judgment if Applicable)

Defendant's Attorney

## Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of ⊠ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the Term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:

☐ DENIED. ⊠ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of _____112_____ months is reduced to _____84 months_____

### I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)

| | | | | | |
|---|---|---|---|---|---|
| Previous Offense Level: | 25 | | Amended Offense Level: | 23 | |
| Criminal History Category: | V | | Criminal History Category: | V | |
| Previous Guideline Range: 100 to 125 months | | | Amended Guideline Range: 84 to 105 months | | |

### II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE

⊠ The reduced sentence is within the amended guideline range.

☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.

☐ Other (explain):

### III. ADDITIONAL COMMENTS

Except as provided above, all provisions of the judgment dated 100/17/02 shall remain in effect.

**IT IS SO ORDERED**

Order Date: March 19, 2008

Judge's Signature

Effective Date: March 29, 2008

(if different from order date)

Jean C. Hamilton, US District Judge

Printed Name and title